

Westinghouse Electric Company
1000 Westinghouse Drive
Cranberry Township, Pennsylvania  16066
USA

Michael Kirst
Avenue Louise 565
1000 Bruxelles, Belgium

Direct tel: (412) 374-6043
Direct fax:
e-mail: boydbl@westinghouse.com

Your ref:
Our ref:  Kirst-LTA Extension

May 5, 2010

Dear Mike,

**EXTENSION OF TERMS & CONDITIONS:  LONG-TERM EXPATRIATE ASSIGNMENT TO BELGIUM**

Further to your original letter dated April 17, 2008, I am pleased to confirm that the expected duration of your overseas assignment to Westinghouse Electric Belgium S.A., has been extended to May 31, 2012.

You will remain on your existing terms and conditions set out in your original letter dated April 17, 2008.

If you agree to the above please acknowledge acceptance by signing and returning the attached confirmation slip to me at Westinghouse Electric Company LLC.

Yours sincerely,


Brenda Boyd

cc: Simonne Henrard

Page 2 of 2<br>
Our ref:  Kirst-LTA Extension<br>
May 5, 2010

Memorandum of Acceptance

I, Michael Kirst, confirm my acceptance of the offer from Westinghouse Electric Belgium S.A. on the terms and conditions set out in this letter.

_____    _____    _____
(Name)                                        (Signature)                                     (Date)

Please return to:      Brenda Boyd
                              Westinghouse Electric Company LLC
                              1000 Westinghouse Drive
                              Cranberry Township, PA 16066