

Westinghouse Electric Belgium S.A.
Avenue Louise 326
Box 60, 18th Floor
Brussels, Belgium

Michael Kirst
Westinghouse Electric Belgium S.A.
Avenue Louise 326
Box 60, 18th Floor
Brussels, Belgium

Direct tel: 32-2-645-7143
Direct fax:
   e-mail: Hawkinjm@westinghouse.com

Your ref:
Our ref: Kirst - Extension Letter

May 24, 2012

Dear Michael,

**EXTENSION OF TERMS & CONDITIONS: LONG-TERM EXPATRIATE ASSIGNMENT TO BELGIUM**

Further to your original letter dated April 17, 2008, I am pleased to confirm that the expected duration of your international assignment to Westinghouse Electric Belgium S.A., has been extended to July 17, 2012.

You will remain on your existing terms and conditions set out in your original letter dated April 17, 2008. Should the assignment extend beyond July 17, 2012, the terms and conditions set out in your original letter will be subject to review.

If you agree to the above please acknowledge acceptance by signing and returning the attached confirmation slip to me at Westinghouse Electric Belgium S.A.

Yours sincerely,

Janice Hawkins

cc: Michelle Ceuppens

Page 2 of 2  
Our ref: Kirst - Extension Letter  
May 24, 2012

**Memorandum of Acceptance**

I, Michael Kirst, have read, understood and agree to the extension terms set out in the above letter.

_____    _____    _____
Michael Kirst                                  Signature                                          Date    *(June 1, 2012)*

Please return to:        Janice Hawkins  
                         Westinghouse Electric Belgium S.A.  
                         Avenue Louise 326  
                         Box 60, 18th Floor  
                         Brussels, Belgium