

Westinghouse Electric Company
1000 Westinghouse Dive
Cranberry Township
Pennsylvania
16066

Michael Kirst
1000 Westinghouse Drive
Cranberry Township
Pennsylvania
16066

Direct tel: 412-374-5006
Direct fax:
e-mail: Kovachck@westinghouse.com

Your ref:
Our ref: Kirst - Extension Letter

December 4, 2013

Dear Michael,

**EXTENSION OF TERMS & CONDITIONS: LONG-TERM, EXPATRIATE ASSIGNMENT TO BELGIUM**

Further to your original letter dated April 17, 2008, I am pleased to confirm that the expected duration of your international assignment to Westinghouse Electric Belgium, has been extended to October 31, 2018.

You will remain on your existing terms and conditions set out in your original letter dated April 17, 2008, with the exception that the Company provided housing allowance will end on or before September 2014. Westinghouse agrees to pay for half of the cost of your household goods move from your current location to be completed by September 30, 2014, based on actual receipts.

If you agree to the above please acknowledge acceptance by signing and returning the attached confirmation slip to me at Westinghouse Electric Company LLC.

Yours sincerely,

Camille K. Kovach

cc: Christine Briemel

**Memorandum of Acceptance**

I, Michael Kirst, have read, understood and agree to the extension terms set out in the above letter.

_____  _____  _Dec 5, 2013_____
Michael Kirst            Signature                  Date

Please return to:   Camille K. Kovach
                    Westinghouse Electric Company LLC
                    1000 Westinghouse Drive
                    Cranberry Township
                    Pennsylvania
                    16066