**Westinghouse**

Westinghouse Electric Company
1000 Westinghouse Drive
Cranberry Township, PA, 16066

To:  Michael Kirst - 13292                                    Date:   January 15, 2019

Subject: Assignment Extension

Dear Michael,

**EXTENSION OF TERMS & CONDITIONS: LONG-TERM, EXPATRIATE ASSIGNMENT TO BELGIUM**

Further to your original letter dated April 17, 2008, I am pleased to confirm that the expected duration of your international assignment to Westinghouse Electric Company Belgium, has been extended to October 31, 2019.

You will remain on your existing terms and conditions which includes:
- Company car with auto deduction per policy
- Home leave (employee, spouse, children) – per policy, all dependent/family travel will be economy airfare; only assignee will continue to follow business travel policy
- Full repatriation benefits per policy
- Tax equalization

Please note, from time-to-time the application of the policy may be revised to better meet the needs of the assignee and/or the Company and will be communicated to you if/as applicable.

The assignee must notify Home HR and HR Corporate Center (Global Mobility) of any on-assignment family status change (marriage, divorce, birth, etc.) or organizational change (including salary, bonus, title, etc.) within 30 days of the change.

As a kind reminder, for every year of assignment you will have a Tax Equalization Settlement Calculation (TEQ) which could result in monies owed to Westinghouse. Should you owe money back to the Company funds must be returned within 90 days of your TEQ being posted to MyTaxes.com, failure to comply may result in your immediate supervisor and/or Human Resources contact being notified.

If you agree to the above please acknowledge acceptance by signing and returning the attached confirmation slip to me at Westinghouse Electric Company, LLC.

If you have any questions or concerns in the meantime, please do not hesitate to contact me.


Sincerely,

De Borah Moore
Manager, Global Mobility

**Memorandum of Acceptance**

I, Michael Kirst, confirm my acceptance of the extension from Westinghouse Electric Company Belgium on the terms and conditions set out in this letter together with the terms detailed in the HR Policy – International Assignment Policy Long Term (LTA) effective November 1, 2018, including any future modification and/or updates to the aforementioned LTA policy.

| | | |
|---|---|---|
| Michael Kirst | Signature | Date |

Please return to:          Global Mobility
                          globalmobility@westinghouse.com


CC: Home HR department