

Westinghouse Electric Company
1000 Westinghouse Drive
Cranberry Township, Pennsylvania 16066

To: Michael Kirst - 13292     Date:   October 31, 2019

Subject: Long Term Expatriate Assignment - Repat

Dear Michael,

**REPATRIATION FROM A LONG-TERM ASSIGNMENT: BELGIUM TO UNITED STATES**

Following the confirmation of your last working day in Belgium, please find below the terms and conditions which relate to your repatriation to United States.

1. **REPATRIATION REMUNERATION**

    Salary
    Following the confirmation of your repatriation to Westinghouse Electric Company, LLC, your international assignment salary and allowances will cease on December 31, 2019 and your salary will revert to your regular home country salary rate.

2. **RELOCATION ALLOWANCE**

    Upon return from your international assignment, you will be provided with an allowance of USD4,600 as a contribution towards expenses incurred at the conclusion of your assignment.

3. **RETURN TRANSPORTATION OF PERSONAL EFFECTS**

    The Company, coordinated by Cartus, will meet the costs of packing, transportation and delivery of your personal goods to the home country up to the limits established in the LTA Policy.

4. **INSURANCE**

    **In Transit to the Home Country:** The relocation vendor will provide full replacement insurance for the personal goods that you take home with you from assignment. The coverage includes the in-transit period to the home country location and in your temporary accommodations in the home country.

5. **TEMPORARY TRANSPORT**

    Upon return from your international assignment, Westinghouse Electric Company, LLC will provide a temporary car for duration up to 30 days for your return to the United States. The company will provide the appropriate insurance coverage for you; however, you will be responsible for fuel during this period.

6. **TEMPORARY LIVING EXPENSES**

    The Company will reimburse temporary living expenses at your point of origin in the home location and in the host location.  The most cost-effective method of providing accommodation, including furniture rental where appropriate, will be applied to cover the period that the sea freight shipment is in transit.  All temporary living expenses should be submitted to Cartus for reimbursement.

Temporary accommodation upon repatriation to the home location will only be approved for point of origin or new work location and will cease in the home country once the personal effects have been delivered to the home

### 7. HEALTHCARE

Your CIGNA coverage will terminate on the last day of the month that your assignment ends. Your Home Country based coverage will begin on the first of the month after your assignment ends. You will receive a Confirmation of Coverage notifying you of your Home Country based coverage. Please review your Confirmation of Coverage and follow the instructions on the form to make any needed changes to your coverage.

### 8. SPECIAL LEAVE

During the repatriation period you will be entitled to take up to 5 days special leave in order to assist with the arrangements you will need to put into place following your return. Arrangements to take this leave must be agreed with your Westinghouse business line management as appropriate.

### 9. ANNUAL LEAVE/VACATION

You will revert back to your home country entitlement.

### 10. INCOME TAX

As you are responsible for the correctness of your home and host tax affairs, it is important that you attend an exit interview with our tax provider prior to your departure to ensure that your Belgium tax affairs are in order prior to your return to the United States.

On return to the United States, it will be necessary for you to attend a re-entry interview with our tax provider in order to ensure that you are reinstated correctly into the United States taxation system and the necessary paperwork is completed.

### 11. Tax Equalization

As a kind reminder, for every year of assignment you will have a Tax Equalization Settlement Calculation (TEQ) which could result in monies owed to Westinghouse. Should you owe money back to the Company funds must be returned within 90 days of your TEQ being posted to MyTaxes.com.  Failure to comply may result in your immediate supervisor and/or Human Resources contact being notified.

Upon completion of your repatriation, please ensure you review/modify your home address in SAP to ensure it is up-to-date and accurate.

If you have any questions or concerns in the meantime, please do not hesitate to contact me.

Sincerely,

*[signature: De Borah Moore]*

De Borah Moore
Manager, Global Mobility

**Memorandum of Acceptance**

I, Michael Kirst, confirm my acceptance of the terms and conditions set out in this letter together with the terms detailed in the HR Policy –International Assignment Policy Long Term (LTA) effective November 1, 2018.


| Michael Kirst | | |
|---|---|---|
| **Employee Name** | **Signature** | **Date** |


Please return to:         Global Mobility
                         globalmobility@westinghouse.com