**From:** Lowry, Victoria
**Sent:** Thursday, November 21, 2019 12:09 PM
**To:** Kirst, Michael, E ; Boyd, Brenda L ; Franssen, Julie ; MacDonald, Trish
**Subject:** Fwd: Kirst, Michael_EXTENSION Letter & REPATRIATION Letter

Dear Mike,

I am following up from our discussion on Tuesday of this week. We discussed the answers to your questions that you had from our previous conversation.

These questions were in relation to your tax, health care and 401k.

The company confirmed that they have the correct processes and amounts for tax. If you were to go on a local contract, health care would be at your own charge for your family in the US and you would no longer be able to contribute to the 401k.

I also outlined to you, that if there was a local role, to give you an example of what a local salary would look like, based on a figure of 150k, your net amount to take home would be approx 74k. You stated that you would expect the company

to maintain your expat salary I explained again, based on our previous discussion this is not how the company chose to operate. You challenged this by indicating you knew otherwise, however, I provided two examples were expats had converted to a local contract.

As a role has not been identified in the organisation for you within EMEA, I confirmed that the company will repatriate you in line with the extension agreement of 31st Oct for a two month extension to December 31st 2019. As you will need to find a role and a location to live back in US, the company are willing to provide you a home journey at the end of November to put these things in a place and pay the December salary.

I have notified Brenda Boyd, who is the HR contact in the US, who you should work with to repatriate as well as Trish MacDonald. Brenda will review your internal CV to identify any opportunities within the US and take the lead on this with you.

I, therefore, confirm that the company has finalised the conversations on whether there is a role locally in EMEA and have concluded there is not and have restarted, as previously stated the repatriation process.

Please could you take the lead with De and Trish to sign the repatriation letter. Trish, please could this be resent.

I will endeavour to address your email of yesterday in the coming days.

Kindest regards

Vicki Lowry
HRD EMEA

Sent from my iPhone

Begin forwarded message:

> **From:** "Kirst, Michael, E" <kirstme@westinghouse.com>
> **Date:** 8 November 2019 at 13:09:25 CET
> **To:** "Moore, DeBorah L." <mooredl@westinghouse.com>
> **Cc:** Global Mobility <globalmobility@westinghouse.com>, "Lowry, Victoria" <lowryv@westinghouse.com>, "Boyd, Brenda L" <boydbl@westinghouse.com>
> **Subject: RE: Kirst, Michael_EXTENSION Letter & REPATRIATION Letter**
>
> Hi De
>
> As I am having additional discussions on maintaining employment in Belgium, I am not in a position to sign the letter at this time. Just wanted to respond as requested.
>
> Thanks
>
> Mike

> **From:** Moore, DeBorah L.
> **Sent:** Thursday, October 31, 2019 7:58 PM
> **To:** Kirst, Michael, E
> **Cc:** Global Mobility; Lowry, Victoria; Boyd, Brenda L
> **Subject:** Kirst, Michael_EXTENSION Letter & REPATRIATION Letter
> **Importance:** High

Hi Michael,

Global Mobility has been notified that your assignment in Belgium has been extended through December 31, 2019. Attached is your extension letter, please review this letter, sign, and return a scanned copy to Global Mobility within 5 business days.

Also attached is your repatriation letter which explains your repatriation benefits. If you would also review this letter, sign, and return a scanned copy to Global Mobility as soon as possible so that we can get you scheduled for your demob consultation with Cartus and PwC.

Please let me know if you have any questions.

Thanks,
De

**De Borah Moore GMS®, GRP®**
Manager, Global Mobility
People & Culture

Tel: +1 980 859 6618
Cell: +1 980 226 6812
Fax: +1 980 859 8002
mooredl@westinghouse.com

Westinghouse
3735 Glen Lake Drive
Charlotte, NC 28208
USA
www.westinghousenuclear.com

This e-mail may contain proprietary information of the sending organization. Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited. The information contained in this e-mail and attached document(s) is intended only for the personal and private use of the recipient(s) named above. If you have received this communication in error, please notify the sender immediately by email and delete the original e-mail and attached document(s).