Westinghouse Proprietary Class 2



Westinghouse Electric Company
1000 Westinghouse Drive
Cranberry Township, Pennsylvania 16066
USA

Date:        December 19, 2019

To:          Mike Kirst

Subject:     Termination

This document is to confirm the conversation that occurred on December 18, 2019 with you, Vicki Lowry and Brenda Boyd.  During this discussion we shared with you that your expatriate assignment in Belgium would be ending on December 31, 2019 and that you were expected to return to the United States, your country of employment, by end of January 2020.  In response to that directive, you adamantly stated that you would not be repatriating and would not be returning to the US.

As a result of your refusal to meet the expectations and requirements of your role, your employment with Westinghouse was terminated effective December 18, 2019.

As a result of this voluntary termination, your benefits will terminate as well, effective at midnight on your termination date of December 18, 2019. You may continue your health care benefits, if you are currently enrolled, by applying for COBRA continuation coverage. Your COBRA notice will be mailed to your home address within 14 days after the Benefits Center is notified of your termination. Health care benefits through COBRA will be retroactive to the last day of coverage, if you elect and pay for coverage. If you want to know the rates, enroll in COBRA, or have any other benefit related questions, log onto www.myWECbenefits.com or call the Benefits Center at 1-800-890-3600.

Please note, you must return all property belonging to Westinghouse that you may have in your possession.  Should you have any questions regarding the actions taken in this letter, please contact Brenda Boyd at 412-374-6550.

Regards,

Brenda Boyd
Human Resources

©2019 Westinghouse Electric Company LLC
All Rights Reserved