

**Westinghouse Electric Belgium S.A.**
Rue de l'Industrie, 43
B-1400 Nivelles (Belgium)
Telephone +32(0)67.28.81.11
Telefax +32(0)67.28.81.20

MCW Avocats- Advocaten

Boulevard du Souverain 100

1170 Bruxelles

Le 02 mars 2020

PAR COURRIER RECOMMANDE ET PAR COURRIER SIMPLE

*Concerne: Votre courrier du 31 janvier 2020*

Messieurs,

Nous accusons bonne réception de votre courrier daté du 31 janvier 2020 adressé à notre société et concernant Monsieur Kirst.

Nous attirons cependant votre attention sur le fait que Monsieur Kirst était au service de la société américaine Westinghouse Electric Company LLC et non de notre société.

Par conséquent, nous ne pouvons réserver une suite favorable à vos demandes.

Nous vous prions d'agréer, Messieurs, l'expression de nos sentiments distingués.

Julie Franssen

HR Manager

Westinghouse Electric Belgium SA

Translation added to letter after receipt from Julie for translation purposes only.  TM 03/11/2020
Gentlemen,
We acknowledge receipt of your letter dated January 31, 2020 addressed to our company and concerning Mr. Kirst.
However, we draw your attention to the fact that Mr. Kirst was in the service of the American company Westinghouse Electric Company LLC and not of our company.
Therefore, we cannot book a favorable response to your requests. Please accept, Gentlemen, the expression of our distinguished feelings.

TVA  BE 0449.543.728 – RPM NIVELLES